# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60626-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

WONDERWORLD MONTESSORI ACADEMY
CORP., a Florida Profit Corporation,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff, Howard Michael Caplan, by and through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files a Notice of Voluntary Dismissal of this Action with Prejudice.

Dated this July 16, 2024.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

Case No. 0:24-cv-60626-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

WONDERWORLD MONTESSORI ACADEMY CORP., a Florida Profit Corporation,

      Defendant.
_____/

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 16, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

# SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. WONDERWORLD MONTESSORI ACADEMY CORP.,
a Florida Profit Corporation

United States District Court Southern District of Florida

Case No. 0:24-cv-60626-AHS

**WONDERWORLD MONTESSORI ACADEMY CORP.**

**REGISTERED AGENT:**

ROVSHAN, CAMILLA
1000 NE 12 AVENUE, SUITE NO. 702
HALLANDALE BEACH, FL 33009

**VIA U.S. MAIL**