UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60626-CIV-SINGHAL

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

WONDERWORLD MONTESSORI ACADEMY
CORP., a Florida Profit Corporation,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal of Action with Prejudice. (DE [8]). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and attorney's fees. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of July 2024.

                                                        _____
                                                        RAAG SINGHAL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF